IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

FLORENCE GAFFNEY, :
:
Plaintiff, :
v. : 3:14-CV-00643
: (JUDGE MARIANI)
UNITED STATES OF AMERICA, et al., :
:
Defendants. :

## ORDER

AND NOW, THIS 26th DAY OF MARCH, 2015, upon consideration of Defendant United States of America's Motion to Dismiss, **IT IS HEREBY ORDERED THAT**:

1. The Motion (Doc. 13) is **DENIED** to the extent that it seeks dismissal for lack of subject matter jurisdiction under Federal Rule of Civil Procedure 12(b)(1), but is denied **WITHOUT PREJUDICE** to be resubmitted at an appropriate time.

2. Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE AND WITH LEAVE TO AMEND** for failure to state a claim under Federal Rule 12(b)(6).

3. Plaintiff shall have **FOURTEEN (14) DAYS** from the date of this Order within which to submit an amended complaint that complies with the pleading standards set forth in the Court's Opinion.

Robert D. Mariani
United States District Judge