IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FLORENCE GAFFNEY, | : | |
| | : | |
| Plaintiff, | : | |
| v. | : | 3:14-CV-00643 |
| | : | (JUDGE MARIANI) |
| UNITED STATES OF AMERICA, et al., | : | |
| | : | |
| Defendants. | : | |

## ORDER

**AND NOW, THIS 31ST DAY OF MARCH, 2016,** upon consideration of Defendant's Motion to Dismiss the Plaintiff's Second Amended Complaint (Doc. 45) and all related briefing, **IT IS HEREBY ORDERED THAT** Defendant's Motion (Doc. 45) is **DENIED** in its entirety.

_____
Robert D. Mariani
United States District Judge