IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

FLORENCE GAFFNEY,

    Plaintiff,

v.

UNITED STATES OF AMERICA, et al.,

    Defendants.

3:14-cv-643
(JUDGE MARIANI)

## ORDER

AND NOW, THIS 20TH DAY OF DECEMBER, 2017, upon consideration of the Motion for Summary Judgment, (Doc. 81), filed by Defendant Steamtown Mall Associates and Defendant Prizm Asset Management Company (collectively "Moving Defendants"), **IT IS HEREBY ORDERED THAT** the Moving Defendants' Motion, (Doc. 81), is **GRANTED**. The Clerk of the Court is directed to enter judgment **IN FAVOR** of the Moving Defendants and **AGAINST** Plaintiff on all of Plaintiff's claims against the Moving Defendants.

/s/ Robert D. Mariani
Robert D. Mariani
United States District Court Judge