# THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

FLORENCE GAFFNEY,

    Plaintiff,

v.

UNITED STATES OF AMERICA, et al.,

    Defendants.

3:14-cv-643
(JUDGE MARIANI)

## ORDER

AND NOW, THIS 20th DAY OF DECEMBER, 2017, upon consideration of the United States' Motion for Summary Judgment, (Doc. 83), **IT IS HEREBY ORDERED THAT** the Motion is **DENIED**.

/s/ Robert D. Mariani
United States District Judge